711 A.2d 472

John HOLLAWELL, Appellant,

v.

Nicholas MULLER, Dahle Bingaman, Michael Webster, Sean Ryan, Allen Castor, John Engle, Gary Lucht, Appellees.

Supreme Court of Pennsylvania.

June 18, 1998.

## ORDER

PER CURIAM:

AND NOW, this 18th day of June, 1998, the order of the Commonwealth Court is hereby AFFIRMED.